ELLIS, C. J., CHADWICK, MORRIS, and MOUNT, JJ., concur.

---

[No. 13928. Department One. July 31, 1917.]

MORRIS & COMPANY, *Appellant*, v. HARRY W. BELKEN *et al.*, *Respondents*.[1]

PROCESS—NONRESIDENTS—SUBSTITUTED SERVICE. Where, upon dismissal of garnishment proceedings, there was no property within this state of nonresidents at the time of personal service on them outside of the state, such service was ineffectual for any purpose.

Appeal from a judgment of the superior court for King county, Ronald, J., entered June 26, 1916, dismissing garnishment proceedings, after a trial before the court. Affirmed.

*Fred W. Catlett* and *Emmons & Emmons*, for appellant.

*Bronson, Robinson & Jones*, for respondents.

PER CURIAM.—This appeal arises out of the same controversy referred to in *Morris & Co. v. Canadian Bank of Commerce*, 95 Wash. 418, 163 Pac. 1139. The first case involved appellant's right to a fund in the bank which was sought to be appropriated under proceedings in garnishment. This appeal involves the sufficiency of personal service upon

[1]Reported in 166 Pac. 1142.

respondents in Canada, which, under our statute, is the equivalent of service by publication. The final disposition of the garnishment proceedings, a rehearing having been denied, disposes of the only question involved in this appeal. The garnishment proceedings having been dismissed, it follows that, at the time of the service upon respondents, there was no property within this state that could be seized under attachment, and personal service upon respondents without this state would be ineffectual for any purpose. *Dittenhoefer v. Coeur d'Alene Clothing Co.*, 4 Wash. 519, 30 Pac. 660; *Cosh-Murray Co. v. Tuttich*, 10 Wash. 449, 38 Pac. 1134.

Judgment affirmed.